PER CURIAM.
Affirmed on the authority of Sinclair v. State, Fla.1950, 46 So.2d 453; Tracey v. State, Fla.1961, 130 So.2d 605; Hall v. State, Fla.App.1965, 179 So.2d 372; Williams v. State, Fla.App.1966, 187 So.2d 913; Walden v. State, Fla.App.1966, 191 So.2d 68; Richburg v. State, Fla.App.1967, 199 So.2d 488; Shifrin v. State, Fla.App.1968, 210 So.2d 18; Sylvia v. State, Fla.App.1968, 210 So.2d 286; § 909.06, Fla.Stat., F.S.A.